MANGUM v. NATIONWIDE MUTUAL

No. 330 PC.

Case below: 52 N.C. App. 734.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 October 1981.

MILLS v. J. P. STEVENS & CO.

No. 12 PC.

Case below: 53 N.C. App. 341.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 October 1981.

MORRISON v. KIWANIS CLUB

No. 278 PC.

Case below: 52 N.C. App. 454.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 October 1981.

PEEDE v. GENERAL MOTORS CORP.

No. 324 PC.

Case below: 53 N.C. App. 10.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

SHOPPING CENTER v. LIFE INSURANCE CORP.

No. 311 PC.

Case below: 52 N.C. App. 633.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 October 1981.